# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BERNA,<br><br>            Plaintiff,<br><br>     v.<br><br>LUKE POWELL, *et al*.<br><br>            Defendants. | **Case No. 1:15-cv-00283-AWI-EPG**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS**<br><br>RESPONSE REQUIRED WITHIN THIRTY (30) DAYS |

On August 24, 2015, Plaintiff filed a First Amended Complaint (the "FAC") in this action. Following screening, this Court determined that the FAC asserted a viable cause of action against two defendants. The Court recommended the remaining cause of action and three other defendants be dismissed with prejudice. (ECF No. 6.)

On December 29, 2015, United States District Judge Anthony W. Ishii issued an Order Adopting Findings and Recommendations Dismissing Plaintiff's Complaint in Part, wherein the findings and recommendations of the Court were adopted in full. (ECF No. 11.)

In light of Judge Ishii's order, the Court has determined that service of the FAC is now proper. Because Plaintiff is proceeding *in forma pauperis*, service of the Complaint will be effected by the United States Marshal Service. *See* Fed. R. Civ. P. 4(c)(3).

1

The Court also observes that Plaintiff indicated in his Objections to the Findings and Recommendations that his address, as of December 10, 2015, should be updated to 339 W. Cypress, Reedley, California 93654. The Order Adopting Findings and Recommendations (ECF No. 11) does not appear to have been served on Plaintiff. Accordingly:

1. The Clerk of the Court is DIRECTED to update Plaintiff's mailing address to 339 W. Cypress, Reedley, California 93654;
2. The Clerk of the Court is DIRECTED to serve Plaintiff with the Order Adopting Findings and Recommendations Dismissing Plaintiff's Complaint in Part (ECF No. 11) by U.S. Mail;
3. The Court determines that service is appropriate for Defendants:
    a. Luke Powell; and,
    b. Frank Navarro.
4. The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed on August 24, 2015;
5. Within **thirty days** after the date of this Order, Plaintiff must complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
    a. Completed summonses;
    b. A copy of the instant Order;
    c. One completed USM-285 form for each defendant listed above; and,
    d. Three copies of the endorsed First Amended Complaint filed on December 4, 2014.
6. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal Service to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Failure to comply with this Order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:  **January 7, 2016**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE