1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BERNA, | **Case No. 1:15-cv-00283-AWI-EPG** |
| Plaintiff, | **ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |
| v. | |
| LUKE POWELL, *et al.*, | |
| Defendants. | |

On August 24, 2015, Plaintiff Bruce Berna ("Plaintiffs") filed a First Amended Complaint ("FAC") in this action. (ECF No. 6.) After screening the FAC, the Court ordered the FAC to be served on Defendants Luke Powell and Frank Navarro. (ECF No. 14.) On April 20, 2016, the Court set an initial scheduling conference for May 25, 2016. (ECF No. 17.) The parties were instructed that attendance at the scheduling conference was mandatory.

The Court held the initial scheduling conference in this case on May 25, 2016 at 10:00 a.m. Catherine Woodbridge appeared for Defendants. Plaintiff failed to appear for the hearing and did not file any request for a continuance or otherwise notify the Court that he would not be able to appear.

Accordingly, the Court orders that Plaintiff show cause why sanctions, up to and including

dismissal of his case, should not be issued for failure to comply with this Court's orders and for failure to prosecute this case.

The Court sets an Order to Show Cause hearing for **July 1, 2016** at **9:00 a.m.** in Courtroom 10.  No later than **June 17, 2016**, Plaintiff is ORDERED file a written response to this Order to Show Cause explaining his failure to appear at the initial scheduling conference on May 25, 2016.

Should Plaintiff provide an appropriate and satisfactory explanation, the Order to Show Cause hearing will be converted to a scheduling conference.

**Plaintiff is cautioned that failure to respond to this Order as set forth above may result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 25, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE